## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY I PEREZ, SR.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **No. 1:17-CV-02117** |
| **vs.** | : | |
| | : | **(Judge Rambo)** |
| **LARRY MAHALLY, ET. AL.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 19th day of December 2017, in accordance with the

accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions to proceed in forma pauperis (Doc. Nos. 2 and 6), are construed as motions to proceed without full prepayment of the filing fee and are **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint within twenty (20) days of the date hereof;

3. If Plaintiff elects to file an amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in the accompanying Memorandum. If Plaintiff fails to file an amended complaint within the time set forth above, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge