IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY I PEREZ, SR., :
    Plaintiff :
: No. 1:17-cv-02117
    v. :
: (Judge Rambo)
LARRY MAHALLY, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 28th day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. Nos. 18, 19, 20) is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The Clerk is **DIRECTED** to **CLOSE** this case.

       s/Sylvia H. Rambo
       SYLVIA H. RAMBO
       United States District Judge